JOHN MCMAHON, *Appellant, v.* THE PORT HENRY IRON ORE COMPANY OF LAKE CHAMPLAIN, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; BOCKES, J., taking no part.

HENRY HILDRETH, *Respondent, v.* CITY OF TROY, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

KATE DEVNY *v.* CITY OF ALBANY. — Judgment reversed, new trial granted, costs to abide event, on opinion of Court of Appeals in *Salisbury* v. *Village of Ithaca.*

JOHN MCNEARY *v.* HERBERT D. CHASE. — Motion for reargument denied.

MATTER OF PETITION AND CHARGES AGAINST JOHN J. HASSETT, ASSISTANT POLICE JUSTICE. — Motion denied.

SETH VELSEY, *Respondent, v.* CHARLES M. VELSEY, *Appellant.* — Judgment of County Court affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

WALTER S. CHURCH, *Landlord, Respondent, v.* PAUL SHULTES and another, *Tenants, Appellants.* — Order reversed, with costs, and proceeding sent back for trial. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* CHARLES BRAY, *Mayor, etc., Respondent, v.* THE BOARD OF SUPERVISORS OF ULSTER COUNTY, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

BENJAMIN S. CODMAN and others, *Respondents, v.* WILLIAM B. PUTNAM, *Appellant.* — Order reversed for defects in affidavit, without costs and without prejudice to renewal.

LOUIS ISENBERGER, *Respondent, v.* WILLIAM C. HERRICK and another, *Appellants, Impleaded, etc.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Motion to dismiss appeal denied, without costs.

EDWARD J. CHAPIN, *Respondent, v.* WALTER J. FOSTER, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements, and motion to vacate granted, with ten dollars costs on decision in *Ætna Insurance Company* v. *Shuler* (28 Hun, 338), on defendant stipulating not to sue for false imprisonment.

ALLEN GODDEN, *Appellant, v.* ANDREW WHIPPLE and another, *Administrators, Respondents.* — Judgment of County Court affirmed, with costs.

ADALINE WRIGHT, *Respondent, v.* ISABELLA S. CONGER, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and printing disbursements.

JOHN HARWOOD, *Respondent, v.* THOMAS D. BEADLE, *Appellant.* — Judgment reversed, reference discharged, costs to abide event. Appeal from order dismissed, with ten dollars costs. Mem. by BOARDMAN, J.